GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**MISTRY TROUTMAN**

Crim. No. 1:24-CR-00039-001 (LAG)

Mistry Troutman passed away on July 2, 2026, following a battle with colon cancer. Therefore, the Probation Office respectfully request that this case be terminated.

Respectfully submitted,

Desmond A. Phillips
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of September, 2026.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE